[No. 5452-3-II. Division Two. November 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN H. WRIXON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81-1-00013-7, John W. Schumacher, J., entered March 13, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[Nos. 4874-4-II; 5386-1-II. Division Two. November 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JORGE IVAN LAUREANO, *Appellant.*

Appeals from a judgment of the Superior Court for Kitsap County, No. 80-1-00021-5, James D. Roper and Robert J. Bryan, JJ., entered January 30, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 5262-8-II. Division Two. November 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY L. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C-2745, Terence Hanley, J., entered June 18, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.